| | |
|---|---|
| MICHAEL RAY BREDEMEIER <br> NAME <br><br> BL0876 <br> PRISON IDENTIFICATION/BOOKING NO. <br><br> SEE BOX BELOW FOR PETITIONER & ATTORNEY <br> ADDRESS OR PLACE OF CONFINEMENT <br><br> Note: It is your responsibility to notify the Clerk of Court in writing of any change of address. If represented by an attorney, provide his or her name, address, telephone and facsimile numbers, and e-mail address. | |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RAY BREDEMEIER, <br><br> FULL NAME (*Include name under which you were convicted*) <br> Petitioner, <br><br> v. <br><br> THERESA CISNEROS, <br><br> NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER <br> Respondent. | CASE NUMBER: <br><br> CV _____ <br> To be supplied by the Clerk of the United States District Court <br><br> ☐ _____ **AMENDED** <br><br> **PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY** <br> **28 U.S.C. § 2254** <br><br> PLACE/COUNTY OF CONVICTION _____ <br> PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT <br> (*List by case number*) <br> CV _____ <br> CV _____ |

### INSTRUCTIONS - PLEASE READ CAREFULLY

1. To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2. In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge judgments entered by more than one California state court, you must file a separate petition for each court.

3. Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4. Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5. You must include in this petition <u>all</u> the grounds for relief from the conviction and/or sentence that you challenge. You must also state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

6. You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

7. When you have completed the form, send the original and two copies to the following address:

    Clerk of the United States District Court for the Central District of California
    United States Courthouse
    ATTN: Intake/Docket Section
    255 East Temple Street, Suite TS-134
    Los Angeles, California 90012

PLEASE COMPLETE THE FOLLOWING (*check appropriate number*):

This petition concerns:
1. ☑ a conviction and/or sentence.
2. ☐ prison discipline.
3. ☐ a parole problem.
4. ☐ other.

# PETITION

1. Venue
   a. Place of detention  STAF-CSP 900 QUEBEC AVE CORCORAN CA 93212
   b. Place of conviction and sentence  RIVERISDE COUNTY SUPERIOR COURT

2. Conviction on which the petition is based (*a separate petition must be filed for each conviction being attacked*).
   a. Nature of offenses involved (*include all counts*): ORAL COPULATION ON A MINOR, LEWD ACT UPON A MINOR, HARASSING/ANNOYING A MINOR, MULTIPLE VICTIM ENHANCEMENT
   b. Penal or other code section or sections: CAL. PENAL CODE §§ 288.7(B), 288(A), 647.6(A), 667.61.
   c. Case number: SWF1807737
   d. Date of conviction: DECEMBER 06, 2019
   e. Date of sentence: DECEMBER 06, 2019
   f. Length of sentence on each count: 15 YEARS TO LIFE PLUS 1 YEAR IN COUNTY JAIL.
   g. Plea (*check one*):
      ☑ Not guilty
      ☐ Guilty
      ☐ Nolo contendere
   h. Kind of trial (*check one*):
      ☑ Jury
      ☐ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction?  ☑ Yes  ☐ No
   If so, give the following information for your appeal (*and attach a copy of the Court of Appeal decision if available*):
   a. Case number: E074436
   b. Grounds raised (*list each*):
      (1) INSUFFICIENT EVIDENCE
      (2) IMPROPER ADMISSION OF CSAAS EVIDENCE

(3) IMPROPER ADMISSION OF "OTHER ACT" EVIDENCE

(4) IMPROPER ADMISSON OF EVIDENCE FOUND ON MOBILE DEVICE

(5) PETITIONER WAS NOT TIMELY SENTENCED

(6) IMPROPER FEES AND FINES WERE IMPOSED

c. Date of decision: JUNE 09, 2021

d. Result: COURT OF APPEAL MODIFIED JUDGMENT REGARDING FEES AND FINES. OTHERWISE JUDGMENT WAS AFFIRMED IN FULL.

4. If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal decision? ☑ Yes ☐ No

If so, give the following information *(and attach copies of the Petition for Review and the Supreme Court ruling if available)*:

a. Case number: S269897

b. Grounds raised *(list each)*:

(1) SAME AS RAISED IN COURT OF APPEAL

(2)

(3)

(4)

(5)

(6)

c. Date of decision: AUGUST 18, 2021

d. Result: PETITION SUMMARILY DENIED.

5. If you did not appeal:

a. State your reasons: N/A

b. Did you seek permission to file a late appeal? ☐ Yes ☐ No

6. Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction? ☐ Yes ☑ No

If so, give the following information for each such petition *(use additional pages, if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

a. (1) Name of court:

(2) Case number:

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*:

(4) Grounds raised *(list each)*:

    (a) _____

    (b) _____

    (c) _____

    (d) _____

    (e) _____

    (f) _____

(5) Date of decision: _____

(6) Result _____

_____

(7) Was an evidentiary hearing held?  ☐ Yes  ☐ No

b. (1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

    (a) _____

    (b) _____

    (c) _____

    (d) _____

    (e) _____

    (f) _____

(5) Date of decision: _____

(6) Result _____

_____

(7) Was an evidentiary hearing held?  ☐ Yes  ☐ No

c. (1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

    (a) _____

    (b) _____

    (c) _____

    (d) _____

    (e) _____

    (f) _____

(5) Date of decision: _____

(6) Result _____

_____

(7) Was an evidentiary hearing held?    ☐ Yes ☐ No

7. Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes    ☑ No

   If yes, answer the following:

   (1) Docket or case number (if you know): _____

   (2) Result: _____

   _____

   (3) Date of result (if you know): _____

   (4) Citation to the case (if you know): _____

8. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the <u>facts</u> supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

   **CAUTION**:    *Exhaustion Requirement*: In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that, prior to seeking relief from the federal court, you first must present <u>all</u> of your grounds to the California Supreme Court.

   a.    Ground one: SEE ATTACHED MEMORANDUM INCORPORATED BY REFERENCE HEREIN.

   _____

   (1) Supporting FACTS: _____

   _____

   _____

   _____

   (2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☐ Yes    ☐ No
   (3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☐ Yes    ☐ No
   (4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☐ Yes    ☐ No

   b.    Ground two: _____

   _____

   (1) Supporting FACTS: _____

   _____

_____
_____
_____

    (2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☐ No
    (3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☐ No
    (4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☐ No

c. Ground three: _____
_____

    (1) Supporting FACTS: _____
_____
_____
_____
_____

    (2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☐ No
    (3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☐ No
    (4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☐ No

d. Ground four: _____
_____

    (1) Supporting FACTS: _____
_____
_____
_____
_____

    (2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☐ No
    (3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☐ No
    (4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☐ No

e. Ground five: _____
_____

    (1) Supporting FACTS: _____
_____
_____
_____
_____

    (2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☐ No

    (3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☐ No

    (4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☐ No

9. If any of the grounds listed in paragraph 8 were not previously presented to the California Supreme Court, state briefly which grounds were not presented, and give your reasons: N/A

10. Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction? ☐ Yes ☑ No

    If so, give the following information for each such petition *(use additional pages, if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

    a. (1) Name of court:
       (2) Case number:
       (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*:
       (4) Grounds raised *(list each)*:
         (a)
         (b)
         (c)
         (d)
         (e)
         (f)
       (5) Date of decision:
       (6) Result

       (7) Was an evidentiary hearing held? ☐ Yes ☐ No

    b. (1) Name of court:
       (2) Case number:
       (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*:
       (4) Grounds raised *(list each)*:
         (a)
         (b)
         (c)
         (d)
         (e)
         (f)
       (5) Date of decision:

  (6) Result _____

_____

  (7) Was an evidentiary hearing held? ☐ Yes ☐ No

11. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction? ☐ Yes ☒ No

 If so, give the following information *(and attach a copy of the petition if available)*:

  (1) Name of court: _____

  (2) Case number: _____

  (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

  (4) Grounds raised *(list each)*:

   (a) _____

   (b) _____

   (c) _____

   (d) _____

   (e) _____

   (f) _____

12. Are you presently represented by counsel? ☒ Yes ☐ No

 If so, provide name, address and telephone number: STEPHEN D KLARICH 17592 IRVINE BLVD TUSTIN, CA, 92780 714-730-5300

WHEREFORE, petitioner prays that the Court grant petitioner all relief to which he may be entitled in this proceeding.

_____
*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____ _____
     *Date*             *Signature of Petitioner*

| | |
|---|---|
| MICHAEL RAY BREDEMEIER,<br><br>_____<br>*Petitioner*<br><br>THERESA CISNEROS,<br><br>_____<br>*Respondent(s)* | **ELECTION REGARDING<br>CONSENT TO PROCEED BEFORE<br>A UNITED STATES MAGISTRATE JUDGE** |

- A magistrate judge is available under 28 U.S.C. § 636(c) to conduct all proceedings in this case, including dispositive matters and entry of final judgment. However, a magistrate judge may be assigned to rule on dispositive matters only if all parties voluntarily consent.

- Parties are free to withhold consent to magistrate judge jurisdiction without adverse substantive consequences.

- If both parties consent to have a magistrate judge decide the case, any appeal would be made directly to the Ninth Circuit Court of Appeals, as if a district judge had decided the matter.

- Unless both parties consent to have a magistrate judge decide the case, the assigned magistrate judge will continue to decide only non-dispositive matters, and will issue a Report and Recommendation to the district judge as to all dispositive matters.

*Please check the "yes" or "no" box regarding your decision to consent to a United States Magistrate Judge and sign below.*

☑ Yes, I voluntarily consent to have a United States Magistrate Judge conduct all further proceedings in this case, decide all dispositive and non-dispositive matters, and order the entry of final judgment.

☐ No, I do not consent to have a United States Magistrate Judge conduct all further proceedings in this case.

Executed on _____   _____
                     *Date*                                    *Signature of Petitioner/Counsel for Petitioner*