# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RAY BREDEMIER<br><br>PLAINTIFF(S)<br><br>v.<br><br>THERESA CISNEROS<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>5:22–cv–02016–JFW–SK<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| __11/14/2022__ | __1__ | __Petition for Writ of Habeas Corpus__ |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Page 8 of the Petition is missing attorney's signature. Election Regarding Consent to Proceed Before a United States Magistrate Judge is missing the attorney's signature.


Clerk, U.S. District Court

Dated: November 16, 2022     By: /s/ *Carmen Lujan  Carmen_Lujan@cacd.uscourts.gov*
     Deputy Clerk