JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RAY BREDEMEIER,<br><br>               Petitioner,<br><br>    v.<br><br>BRYAN PHILLIPS, Warden,<br><br>               Respondent. | Case No. 5:22-cv-02016-HDV (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation to deny Petitioner's Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus under 28 U.S.C. § 2254 is dismissed with prejudice.

DATED: 6/16/25

HERNAN D. VERA
United States District Judge